No. 45. FAIRBANKS, MORSE & CO., INC., *v.* BATON ROUGE RICE MILL, INC., ET AL. Argued October 23, 1928. Decided October 29, 1928. *Per Curiam:* The writ of error is dismissed for want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr;* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Walter J. Suthon, Jr.,*

with whom *Messrs. J. Blanc Monroe* and *Monte M. Lemann* were on the brief, for plaintiff in error. *Messrs. C. V. Parker* and *Joseph A. Lovet* for defendants in error.